# United States Court of Appeals
### For the Eighth Circuit

_____

No. 22-3673

_____

United States of America

*Plaintiff - Appellee*

v.

Marquis Huntley

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: May 9, 2023
Filed: May 12, 2023
[Unpublished]

_____

Before GRUENDER, SHEPHERD, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Marquis Huntley appeals the sentence the district court[1] imposed after he pleaded guilty to drug offenses. His counsel has moved for leave to withdraw and has

_____

[1]The Honorable John A. Ross, United States District Judge for the Eastern District of Missouri.

filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the substantive reasonableness of Huntley's prison sentence.

Having reviewed the record under a deferential abuse-of-discretion standard of review, *see Gall v. United States*, 552 U.S. 38, 41, 51 (2007), we conclude Huntley's prison sentence was not substantively unreasonable. The district court considered the statutory sentencing factors and did not overlook a relevant factor, give significant weight to an improper or irrelevant factor, or commit a clear error of judgment in weighing relevant factors. *See* 18 U.S.C. § 3553(a); *United States v. Feemster*, 572 F.3d 455, 461, 464 (8th Cir. 2009) (en banc). The district court, moreover, acted within its discretion by varying upward on this record. *See Feemster*, 572 F.3d at 461-62; *see also United States v. Kelley*, 652 F.3d 915, 918 (8th Cir. 2011). Finally, we have independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal.

Accordingly, we affirm the judgment of the district court and grant counsel's motion to withdraw.

_____